UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60051-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                              **O R D E R**

PERCY FREDERICK,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Percy Frederick's Motion For Reduction Of Sentence (DE 76). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    At the time of Defendant's sentencing his guideline range was 57-71 months. In March of 2008, a reduction in the advisory guidelines range took effect for offenses involving cocaine base. By operation of this guidelines amendment, Defendant's advisory guidelines range has been reduced to 46-57 months. Having calculated the new guidelines range and considering all statutory factors under 18 U.S.C. § 3553, and the Defendant's extensive criminal history, the Court would still impose a sentence of 57 months as to Count II of the Indictment.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Percy Frederick's Motion For Reduction Of Sentence (DE 76) be and the same is hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this   15th   day of September, 2008.

                                            WILLIAM J. ZLOCH
                                            United States District Judge

Copies furnished:

All Counsel of Record